IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| HALE TRUCKS OF MARYLAND, LLC | * | |
| Plaintiff/Counter-Defendant | * | |
| v. | * | |
| VOLVO COMMERCIAL FINANCE LLC THE AMERICAS, et al., | * | Civil No. CCB-00-2028 |
| | * | |
| Defendants/Counter-Plaintiffs | * | |
| v. | * | |
| EDWIN HALE, SR. | * | |
| Third-Party Defendant. | * | |

* * * * * * * * * * * * *

**ORDER**

Plaintiff having filed its Motion for Leave to File Amended Complaint, this Court having reviewed same as well as *there being no* opposition, it is this 31st day of October, 2000 by the United States District Court for the District of Maryland

ORDERED, That the Plaintiff is granted leave to file the Amended Complaint, and it is further

ORDERED, That, pursuant to Local Rule 103.6.a, the Plaintiff need not file an additional copy of the Amended Complaint and the Amended Complaint be and the same hereby is deemed filed as of the date of this Order.

_____
Judge, United States District Court for
the District of Maryland

Copies to:

Michael J. Collins, Esquire
THOMAS & LIBOWITZ, P.A.
Suite 1100
100 Light Street
Baltimore, Maryland 21202-1053
Attorneys for Hale Truck Centers, LLC and
Edwin Hale, Sr.

Daniel F. Goldstein, Esquire
Brown, Goldstein & Levy, LLP
520 West Fayette Street, Suite 300
Baltimore, Maryland 21201
Attorneys for Volvo Trucks North America, Inc.

Henry R. Abrams, Esquire
Saul, Ewing, Weinberg & Green
100 South Charles Street
Baltimore, Maryland 21201
Attorneys for Volvo Commercial Finance LLC The Americas