IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| HALE TRUCK CENTERS, LLC | * | |
| Plaintiff/Counter-Defendant | * | |
| v. | * | |
| VOLVO COMMERCIAL FINANCE LLC THE AMERICAS, et al., | * | Civil No. CCB-00-2028 |
| | * | |
| Defendants/Counter-Plaintiffs | * | |
| v. | * | |
| EDWIN HALE, SR. | * | |
| Third-Party Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Plaintiff and Third-Party Defendant Edwin Hale, Sr. having filed their Motion for Leave to File Surreply Memorandum, this Court having reviewed same *and there being no* ~~as well as any~~ opposition, it is this 4th day of Jan, 2000 [2001] by the United States District Court for the District of Maryland

ORDERED, That the Plaintiff and Third-Party Defendant are granted leave to file the Surreply Memorandum in Further Opposition to Motion for Partial Summary Judgment of Volvo Commercial Finance LLC The Americas, and it is further

ORDERED, That the Plaintiff and Third-Party Defendant need not file an additional copy of the aforesaid surreply memorandum and that the aforesaid surreply memorandum be and the same hereby is deemed filed as of the date of this Order.

_____
Judge, United States District Court for
the District of Maryland

Copies to:

Michael J. Collins, Esquire
THOMAS & LIBOWITZ, P.A.
Suite 1100
100 Light Street
Baltimore, Maryland 21202-1053
Attorneys for Hale Truck Centers, LLC and
Edwin Hale, Sr.

Daniel F. Goldstein, Esquire
Brown, Goldstein & Levy, LLP
520 West Fayette Street, Suite 300
Baltimore, Maryland 21201
Attorneys for Volvo Trucks North America, Inc.

Henry R. Abrams, Esquire
Saul, Ewing, Weinberg & Green
100 South Charles Street
Baltimore, Maryland 21201
Attorneys for Volvo Commercial Finance LLC The Americas

John C. Ryan, Esquire
Duane, Morris & Heckscher LLP
One Liberty Place
Philadelphia, Pennsylvania 19103-7396