IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **HALE TRUCKS OF MARYLAND, LLC** | : | |
| **Plaintiff,** | : | Civil Action No. CCB-00-2028 |
| v. | : | |
| **VOLVO COMMERCIAL FINANCE, et al.** | : | |
| **Defendants.** | : | |

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, _____J. Manly Parks_____, Esquire a member of the Bar of this court, moves the admission of _____John C. Ryan_____, Esquire to appear pro hac vice in the captioned proceeding as counsel for defendant _____Edward H. Brown_____.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bars of the States of New York and Pennsylvania and the following United States Courts: Southern District of New York and the Eastern District of Pennsylvania.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: N/A

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _N/A_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:
_[signature]_
Signature

Duane Morris & Heckscher LLP
Address

One Liberty Place, Philadelphia, PA 19103

(215) 979-1342
Office phone number

(215) 979-1020
Fax number

024210
Md. U.S. District Court Number

PROPOSED ADMITTEE:
_[signature]_
Signature

Duane Morris & Heckscher LLP
Address

One Liberty Place, Philadelphia, PA 19103

(215) 979-1159
Office phone number

(215) 979-1020
Fax number

## ORDER

Motion ____✓____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

4/10/01
Dated

_[signature]_
Judge, U.S. District Court