IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| HALE TRUCKS OF MARYLAND, LLC | * |
| Plaintiff, | * |
| v. | * Civil Act. No. CCB-00-2028 |
| VOLVO COMMERCIAL FINANCE LLC THE AMERICAS, et al. | * |
| Defendants. | * |

* * * * * * * *

| | |
|---|---|
| VOLVO TRUCKS NORTH AMERICA, INC. | * |
| Counter Plaintiff, | * |
| v. | * |
| HALE TRUCK CENTERS, LLC, et al. | * |
| Counter Defendants. | * |

* * * * * * * * * * * * * *

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Plaintiff/Counter Defendant Hale Truck Centers, LLC, successor in interest to Hale Trucks of Maryland, LLC; Defendant/Counter Plaintiff and Third Party Plaintiff Volvo Commercial Finance LLC the Americas; and Third Party Defendant Edwin F. Hale, Sr. hereby dismiss with prejudice their claims against one another in the above-captioned litigation.

Approved
[signature] C. B. Blake
USDJ 8/03/01

686445.1 7/23/01

_____  _____
Henry R. Abrams (No. 3563)  Michael Collins (No. 05971)
Kimberly A. Manuelides (No. 23726)  Thomas & Libowitz
Saul Ewing LLP  100 Light Street
100 South Charles Street  Suite 1100
Baltimore, Maryland 21201  Baltimore, Maryland 21202-1053
(410) 332-8844

Attorneys for Hale Trucks of
Maryland, LLC

Attorneys for Volvo Commercial
Finance LLC the Americas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2001, a copy of the foregoing Joint Stipulation of Dismissal was mailed first class, postage prepaid, to Daniel F. Goldstein, Esquire and Andrew D. Freeman, Esquire, Brown, Goldstein & Levy, LLP, 120 E. Baltimore Street, Suite 1700, Baltimore, Maryland 21202, attorneys for Defendant Volvo Trucks North America, Inc.; and John C. Ryan, Esquire, Duane, Morris & Heckscher LLP, One Liberty Place, Philadelphia, Pennsylvania 19103-7396, attorney for Defendant Edward Brown.

_____
Kimberly A. Manuelides
Henry R. Abrams