THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG -9 P 12: 47

| | | |
|---|---|---|
| HALE TRUCKS OF MARYLAND, LLC | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: CCB- 00-CV-2028 |
| VOLVO COMMERCIAL FINANCE LLC, THE AMERICAS, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

The undersigned counsel for the parties in the above-captioned case hereby stipulate and agree that the time within which the defendants Volvo Trucks North America, Inc. and Edward Brown may file a Motion for Summary Judgment in this case is extended up to and including August 31, 2001. Plaintiff's and counterdefendant's opposition is extended to October 3, 2001 and any reply thereto by defendants is extended to October 21, 2001.

Michael J. Collins (Fed. Bar No. 05971)
Thomas & Libowitz, P.A.
Ste. 1100
100 Light Street
Baltimore, Maryland 21202-1053
410-752-2468

Attorneys for Hale Trucks of Maryland, LLC

Approved
[signature]
8/10/01

_____
Daniel F. Goldstein (No. 01036)
Andrew D. Freeman (No. 03867)
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21201
(410) 962-1030

Attorneys for Volvo Trucks North America, Inc., Defendant


_____
John C. Ryan
Duane, Morris & Heckscher LLP
One Liberty Place - Suite 4200
Philadelphia, PA 19103-7396
(215) 979-1000)

Attorney for Edward Brown, Defendant


Dated:

-2- 637862.1 8/9/1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2001, a copy of the foregoing Stipulation was sent, via first class, U.S. mail, postage pre-paid to Michael J. Collins, Thomas & Libowitz, P.A., 100 Light Street, Suite 1100, Baltimore, MD 21202-1-53 and John C. Ryan, Duane, Morris & Heckscher LLP, One Liberty Place, Suite 4200, Philadelphia, PA 19103-7396.

Daniel F. Goldstein

-3- 637862.1 8/9/1