THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP -5  P 4: 02

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| HALE TRUCK CENTERS, LLC, | * | |
| Plaintiff/Counter Defendant, | * | |
| v. | * | Civil Action No.: CCB-00-2028 |
| VOLVO TRUCKS NORTH AMERICA, INC., et al., | * | |
| Defendants and Counter Plaintiffs, | * | |
| v. | * | |
| EDWIN F. HALE, SR. | * | |
| Counter Defendant. | * | |

* * * * * * * * * * * *

## ORDER

Upon consideration of Defendant Volvo Trucks North America, Inc.'s Motion for Leave to File Out of Time, good cause having been shown, it is this ___5___ day of September, 2001, by the United States District Court for the District of Maryland,

ORDERED that the Motion be and is hereby GRANTED; and it is further

ORDERED that Defendant Volvo Trucks North America, Inc. shall file its Motion for Partial Summary Judgment by Tuesday, September 4, 2001.

_____
Catherine C. Blake
United States District Judge