LAW OFFICES
# THOMAS & LIBOWITZ, P.A.
A PROFESSIONAL ASSOCIATION
SUITE 1100
100 LIGHT STREET
BALTIMORE, MARYLAND 21202-1053
(410) 752-2468

FAX (410) 752-2046
FAX (410) 752-2049

www.thomasandlibowitz.com

STEVEN ANARGYROS THOMAS+*
MICHAEL S. LIBOWITZ
ROBERT A. SNYDER, JR.
ROBERT J. LYNOTT+
JOHN R. WISE
CLINTON R. BLACK, IV
C. WAYNE DAVIS
MICHAEL J. COLLINS
FRANCIS R. LAWS

+ ALSO MEMBER OF DC BAR
* ALSO MEMBER OF VA BAR

PETER W. TALIAFERRO
MARGARET L. ARGENT+
SEVERN E.S. MILLER
CHARLES B. JONES
DONNA K. SHOPULSKI
ALEXANDRA C. CLARK
YAAKOV E. SPATZ

OF COUNSEL
BASIL A. THOMAS
BARRY C. BERMAN

September 25, 2001

**VIA HAND DELIVERY**
The Honorable Catherine C. Blake
United States District Court Judge
7th Floor, Chambers 7B
United State District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   *Hale Trucks of Maryland, LLC v. Volvo Trucks North America, Inc. et al.*
      **Civil Case No. CCB-00-2028**

Dear Judge Blake:

Messrs. Goldstein and Ryan have agreed to extend the time for plaintiff/counter-defendant, Hale Trucks of Maryland, LLC, to file its opposition to Motions for Summary Judgment until October 22, 2001. Defendant/counter-plaintiffs will have until November 12, 2001 to file a reply.

Thank you for your consideration of this matter.

Very truly yours,

THOMAS & LIBOWITZ, P.A.

Michael J. Collins

MJC:kan

cc:   Daniel F. Goldstein, Esquire (via facsimile)
      John C. Ryan, Esquire (via facsimile)