LAW OFFICES
## THOMAS & LIBOWITZ, P.A.
A PROFESSIONAL ASSOCIATION
SUITE 1100
100 LIGHT STREET
BALTIMORE, MARYLAND 21202-1053
(410) 752-2468

FAX (410) 752-2046
FAX (410) 752-2049

www.thomasandlibowitz.com

STEVEN ANARGYROS THOMAS+*
MICHAEL S. LIBOWITZ
ROBERT A. SNYDER, JR.
ROBERT J. LYNOTT+
JOHN R. WISE
CLINTON R. BLACK, IV
C. WAYNE DAVIS
MICHAEL J. COLLINS
FRANCIS R. LAWS

+ ALSO MEMBER OF DC BAR
* ALSO MEMBER OF VA BAR

PETER W. TALIAFERRO
MARGARET L. ARGENT+
SEVERN E.S. MILLER
CHARLES B. JONES
DONNA K. SHOPULSKI
ALEXANDRA C. CLARK
JOHN M. BRANCH
YAAKOV E. SPATZ
COUNSEL
BASIL A. THOMAS
BARRY D. BERMAN



October 19, 2001

**VIA HAND DELIVERY**
The Honorable Catherine C. Blake
United States District Court Judge
7th Floor, Chambers 7B
United State District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

      Re:   *Hale Truck Centers, LLC ("Hale Trucks") v. Volvo Trucks North America, Inc. et al.*
             **Civil Case No. CCB-00-2028**

Dear Judge Blake:

      This letter is to respectfully request an additional seven days in which to respond to the Motion for Summary Judgment filed by Volvo Truck North America, Inc. ("VTNA") in the above-captioned matter. While Edwin F. Hale, Sr.'s response to VTNA's motion and Hale Trucks' response to Mr. Brown's motion will be timely filed on Monday, parties have agreed to extend a time for Hale Trucks to respond to VTNA's Motion for Summary Judgment until Monday, October 29th. This would have the effect of moving the reply times to these various motions one week. The reason for the request is that several critical witnesses are former employees of Hale Trucks and there have been scheduling problems in meeting and taking evidence from these persons.

      We appreciate the Courts continued attention to this matter.

                                  Very truly yours,

                                  THOMAS & LIBOWITZ, P.A.

                                  Michael J. Collins

The Honorable Catherine C.    ⸍ke
October 19, 2001
Page 2 of 2

MJC/sns
cc:    Clerk of the Court
       Daniel F. Goldstein, Esq. (via facsimile)
       John C. Ryan, Esq. (via facsimile)