FILED
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND
(Northern Division)**

HALE TRUCKS OF MARYLAND, LLC             *

     Plaintiff,                    *DEPUT Case No. CCB-00-2028

v.                                       *

VOLVO COMMERCIAL FINANCE LLC             *
THE AMERICAS, et al.
                                         *

     Defendants.
*    *    *    *    *    *    *          *

VOLVO TRUCKS NORTH AMERICA, INC.         *

     Counterplaintiff,             *

v.                                       *

HALE TRUCK CENTERS, LLC, et al.          *

     Counter-defendants/Third Party Defendants  *

    *    *    *    *    *    *    *    *

**MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF AND COUNTER-
DEFENDANTS/THIRD PARTY DEFENDANTS**

     Counsel for Plaintiff and Counter-defendants/Third Party Defendants, Hale Truck

Centers, LLC (formerly Hale Trucks of Maryland, LLC) and Edwin F. Hale, Sr., in

particular, Michael J. Collins and Thomas & Libowitz, P.A., pursuant to Local Rule 101,

respectfully move to withdraw as counsel to Edwin F. Hale, Sr. and Hale Truck Centers,

LLC in the above-captioned case and state as follows:

     1.    Edwin F. Hale, Sr. and Hale Truck Centers, LLC (collectively referred to

as "Hale") have consented in writing to the Motion of Thomas & Libowitz, P.A. to

Withdraw As Counsel to Plaintiff, Counter-defendants and Third Party Defendants.

2.    This Motion is the result of a confidential settlement agreement and compromise of Thomas & Libowitz, P.A's claims against Hale, and Hale's agreement to substitute new counsel and/or for Hale, individually, to proceed *pro se* in this case.

3.    Thomas & Libowitz, P.A.'s withdrawal is not expected to cause delay in the litigation, as there is no pending trial date or other time requirement in place.

4.    Motions for summary judgment are outstanding between the various parties, with a reply memorandum is yet to be filed by Hale.

5.    Thomas & Libowitz, P.A. has advised Edwin F. Hale, Sr. that in the event the Motion is granted, he will be deemed as proceeding *pro se* unless and until new counsel enters an appearance on his behalf.

6.    Thomas & Libowitz, P.A. has advised Hale Truck Centers, LLC in the event that, within 30 days of the filing of the motion to withdraw, new counsel has not entered an appearance, the Court may take such action, if any, that it deems appropriate, including granting the motion to withdraw and dismissing any affirmative claim for relief asserted by the Hale Truck Centers, LLC and/or directing the party to show cause why a default should not be entered on claims asserted against it.

WHEREFORE, Michael J. Collins and Thomas & Libowitz, P.A. respectfully request that their motion to withdraw as counsel to Edwin F. Hale, Sr. and Hale Truck Centers, LCC be granted.

Respectfully submitted,

Michael J. Collins
THOMAS & LIBOWITZ, P.A.
Suite 1100
100 Light Street
Baltimore, Maryland 21202-1053
(410) 752-2468
Attorneys for Plaintiff, Hale Trucks of Maryland, LLC and Counter-defendants/Third Party defendant, Edwin F. Hale, Sr.

**CONSENTED TO:**

Edwin F. Hale, Sr.
Individually and on behalf of Hale Truck Centers, LCC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **2nd day of January,** **2002** a copy of the foregoing Motion to Withdraw was mailed, U.S. first class mail, postage prepaid to Daniel F. Goldstein, Brown, Goldstein & Levy, LLP, 120 East Baltimore Street, Suite 1700, Baltimore, Maryland 21202, counsel for Defendant/Counter-Plaintiff and Third Party

Plaintiff Volvo Trucks, North America and John C. Ryan, Esquire, Duane, Morris & Heckscher LLP, Once Liberty Place, Philadelphia, Pennsylvania 19103-7396, counsel for Defendant Edward Brown.

Michael J. Collins