IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HALE TRUCKS OF MARYLAND, LLC       :
                                   :
                                   :
v.                                 :   Civil No. CCB-00-2028
                                   :
VOLVO TRUCKS NORTH AMERICA, INC.   :
                                   :
                                   :

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. plaintiff/counter-defendant's motion for extension of time to obtain new counsel (Docket No. 69) is **GRANTED**;

2. defendant/counter-plaintiff's motion to dismiss and for default judgment (Docket No. 68) is **DENIED**;

3. the motion of Hale Truck Centers, LLC to file opposition one day out of time (Docket No. 60) is **GRANTED**;

4. plaintiff Hale Trucks of Maryland, LLC's motion for leave to file surreply memorandum (Docket No. 64), filed with the court on January 2, 2002, is **GRANTED**, and the clerk of the court shall enter on the docket the surreply memorandum attached as Exhibit A to that motion;

5. defendant Volvo Trucks North America, Inc.'s motion for summary judgment (Docket No. 51) is **GRANTED** in full,

and judgment is thus granted on the following counts: Count I (breach of contract); Count IV (civil conspiracy); Count V (breach of duty of loyalty); Count VI (tortious interference with employment relations); Count VII (breach of fiduciary duty); Count VIII (tortious interference with economic relations); Count IX (violation of MD. CODE ANN. Transp. II, § 15-209); and Count X (violation of MD. CODE ANN. Transp. II, § 15-207);

6. the court grants summary judgment, <u>sua sponte</u>, in favor of defendant Volvo Trucks North America, Inc., on Count III of the Amended Complaint (civil conspiracy);

7. defendant Edward Brown's motion for summary judgment (Docket No. 50) is **GRANTED** in full, and judgment is thus granted on the following counts: Count IV (civil conspiracy); Count V (breach of duty of loyalty); and Count VII (breach of fiduciary duties);

8. counter-plaintiff Volvo Trucks North America, Inc.'s motion for summary judgment (Docket No. 51) with respect to Count III of the counterclaim (negligent misrepresentation) is **DENIED;**

9. counter-defendant/third party defendant Edwin Hale, Sr.'s cross-motion for summary judgment (Docket No. 57) with respect to Court III of the counterclaim is **GRANTED;**

10. counter-defendant/third party defendant Edwin Hale Sr.'s motion for summary judgment (Docket No. 57) with respect to Count IV of the counterclaim (intentional misrepresentation) is **GRANTED**;

11. the court grants summary judgment, <u>sua sponte</u>, in favor of counter-defendant Hale Trucks of Maryland, LLC, on Counts III and IV of the counterclaim; and

12. copies of this Order and the accompanying Memorandum shall be sent to counsel of record.

_September 11, 2002_
Date

_Catherine C. Blake_
Catherine C. Blake
United States District Judge