FILED
U.S. DISTRICT COURT
MARYLAND
2002 OCT -4  P 3: 18

AT BALTIMORE

BY_____DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| HALE TRUCK CENTERS, LLC, | * | |
| Plaintiff/Counter Defendant, | * | |
| v. | * | Civil Action No.: CCB-00-2028 |
| VOLVO TRUCKS NORTH AMERICA, INC., et al | * | |
| Defendants and Counter Plaintiffs. | * | |
| v. | * | |
| EDWIN F. HALE, SR. | * | |
| Counter Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, pursuant to Fed. R. Civ. Pro. 41(a)(1) by and among Volvo Trucks North America, Inc., Counter Plaintiff, Hale Truck Centers, LLC, and Edwin F. Hale, Sr., Counter Defendants, and Edward Brown, Defendant, that Counts I and II of the Counterclaim filed by Volvo Trucks North America, Inc. against Hale Truck Centers, LLC be and hereby are dismissed.

It is further stipulated and agreed by Volvo Trucks North America, Inc., on one hand, and Hale Truck Centers, LLC, and Edwin F. Hale, Sr., on the other, that as to costs between them, each party shall bear its/his own costs.

Approved
[signature]
USDJ  10-15-02

[signature]

Respectfully Submitted,

_____
Daniel F. Goldstein
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030

*Attorneys for Defendant/Counterplaintiff*
*Volvo Trucks North America, Inc.*

_____
John C. Ryan, Esquire  By DFG
Duane Morris, LLP
One Liberty Place
Philadelphia, Pennsylvania 19103-7396

*Attorney for Defendant Edward H. Brown*

_____
Robert B. Schulman, Esq.  by DFG
Joshua R. Treem, Esq.
Harry Levy, Esq.
Timothy K. Dole, Esq.
The World Trade Center
Suite 1800
401 East Pratt Street
Baltimore, Maryland 21202
410-332-0850

*Attorneys for Hale Trucks Center, LLC and*
*Edwin F. Hale, Sr.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2002, a copy of the foregoing Stipulation of Dismissal was mailed, first-class, postage prepaid, to: Robert B. Schulman, Esq., Joshua R. Treem, Esq., Harry Levy, Esq., Timothy K. Dole, Esq. Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A., The World Trade Center, Suite 1700, 401 East Pratt Street, Baltimore, Maryland 21202, Attorneys for Hale Truck Centers, LLC and Edwin F. Hale, Sr., John C. Ryan, Esq., Duane Morris LLP, One Liberty Place - Suite 4200, Philadelphia, PA 19103-7396, Attorneys for Edward Brown.

Daniel F. Goldstein