# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HALE TRUCKS OF MARYLAND, LLC | * |
| | * Civil Action CCB-00-2028 |
| Plaintiff | * |
| -v- | * |
| VOLVO TRUCKS NORTH AMERICAN, et al. | * |
| Defendant | * |

\* \* \* \*

## ORDER

On September 11, 2002, the Court issued an order: 1) granting plaintiff's motion to extend time to hire new counsel; 2) denying defendant's motion to dismiss and for default judgment; 3) granting plaintiff's motion to file opposition one day out of time; 4) granting plaintiff's motion for leave to file a surreply; 5) granting defendant's motion for summary judgment on Counts I, IV, V, VI, VII, VIII, IX, and X; 6) granting summary judgment in favor of the defendant Volvo Trucks of North America on Count III of the amended complaint; 7) granting defendant Edward Brown's motion for summary judgment on Count IV, V, and VII; 8) denying counter-plaintiff Volvo Trucks of North, Inc.'s motion for summary judgment with respect to Count III of the counterclaim; 9) granting counter-defendant Edwin Hale Sr.'s cross-motion for summary judgment on Count III of the counter-claim; 10) granting counter-defendant/third party defendant Edwin Hale Sr.'s motion for summary judgment on Count IV of the counterclaim; and 11) granting summary judgment in favor of counter-defendant Hale Trucks of Maryland, LLC on Counts III and IV of the counterclaim.(Docket No. 75). On September 18,

2002, the Court directed counsel to advise whether any further proceeding were required to resolve the case. (Docket No. 76). The parties have signed a stipulation of dismissal regarding the remaining counts, and have advised the Court that "other than the pending bill of costs filed by Mr. Ryan on behalf of Mr. Brown, the case is now fully adjudicated."

On September 22, 2002, the Defendant filed a timely, unopposed bill of costs (Docket No. 77) pursuant to Fed R. Civ. P. 54(d) and 28 U.S.C. §1920 seeking reimbursement for: fees of the Clerk; fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case; fees and disbursements for printing; and other costs including telecopy, postage, mailing fees and binding motions. The total costs requested are in the amount of $2,199.33. However, the Defendant has failed to submit any documentation in support of any of the costs listed in this claim. See Local Rule 109.1(b)(D. Md. 2001). Therefore, this bill of costs shall be denied due to lack of proper documentation. Pursuant to Fed R. Civ. P. 54(d)(1) on motion served within 5 days, the action of the Clerk may be reviewed by the court.

Accordingly, costs requested in the amount of $2,199.33 are hereby denied. This Order shall be docketed and copies mailed to all counsel in this case.

Dated this _____ day of October, 2002.

_____
Felicia C. Cannon
Clerk of the Court